IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

YIU H. LAI,                                              Case No. 9-13-bk-15499-FMD
    Debtor                                          Chapter 7
_____/

**DEBTOR'S RESPONSE TO TRUSTEE'S
OBJECTIONS TO DEBTOR'S CLAIM OF EXEMPTIONS**

    The Debtor, by and through his undersigned counsel, ROBERT S. COHEN, hereby responds to trustee's objection to debtor's claim of exemptions (Doc. 14) and states:

    Trustee asserts in his objection that debtor violated Florida Statutes Section 222.30 by engaging "in a fraudulent conversion of assets" namely depositing $9000.00 from the sale of his vehicle into his IRA and HRA accounts. Debtor denies the allegations that he intended a fraudulent transfer and that said transfer was done with the intent to hinder, delay, defraud or avoid creditors claims. Further, the amounts deposited were less than $6000.00 and debtor has made yearly contributions to his retirement accounts with no exceptions. In this instance, Debtor did not open an IRA account with the intent to defraud his creditors. Section 222.30 of the Florida Statutes does not apply to the facts of this case.

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served by electronic notice if registered in the Electronic Case Filing System, otherwise by U.S. Mail on the following: Cynthia P. Burnette, Asst U. S. Trustee, Robert E. Tardif Jr, trustee, P.O. Box 2140, Fort Myers, Fl 33902 and Yiu H. Lai, 9836 Roundstone Circle, Fort Myers, Fl 33967 this 25th day of February, 2014.

COHEN & KENDZIORRA, P.A.
Attorneys for Debtor
5235 Ramsey Way, Ste 12
Fort Myers, FL 33907
Tel: 239-931-1111
Fax:239-931-1114

_/s/ Robert S. Cohen_____
Robert S. Cohen
Fla. Bar No. 564079